**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION**

In Re: Randy Langford

Debtor(s).
______________________________/

Case No. 25-31311
Chapter 13
Hon. Joel D. Applebaum

**MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 USC 362 § (c)(4)(A)(i)**

1. The Debtor is an individual who has had a case within the previous year that was dismissed, other than a case refiled under 11 USC § 707(b).

2. The Debtor filed case number 19-32463 on October 14, 2019. It was confirmed on February 6, 2020.

3. The prior case was filed jointly with the Debtor's then spouse Shelia Langford.

4. The case was dismissed on January 10, 2025.

5. The Debtor did an admirable job posting payment to the Chapter 13 Trustee over the course of his prior case and review of the Trustee's records indicate that approximately $129,776.97 posted to the Chapter 13 Trustee.

6. The case was funded by employer based wage order.

7. Unfortunately the Debtor was released by his prior employer on or about August 13, 2024.

8. It took the Debtor approximately 4 months to regain employment.

9. Unfortunately this put the Debtor very close to the expiration of his prior case and there was insufficient time remaining to allow the Debtor to catch up on payments or modify the plan.

10. The following is true as per the Debtor.
    a. The present case was filed in good faith.
    b. This case was filed in an effort to save his home.
    c. The Debtor has sufficient income to fund a plan that will allow him to save his home.
    d. An employer based wage order has been sent to the Chapter 13 Trustee and is expected to be entered shortly

11. That the Debtor has the ability and will carry out the terms of the Chapter 13 plan.

12. That pursuant to 11 USC § 362(c)(3)(A) the automatic stay terminates on the 30th day

after filing the case.

13. That pursuant to 11 USC § 362(c)(3)(B) this Court may extend the automatic stay where the Debtor demonstrates that the filing of the present case has been done so in good faith.

    a. There has been a significant change in the Debtor's circumstances in that the Debtor has income due to regaining employment and he now has sufficient income to fund a plan that will save his home.

14. That the present case has been filed in good faith and the plan will also be filed in good faith.

15. A proposed order is attached.

WHEREFORE, the Debtor respectfully requests that the court extends the automatic stay beyond the thirtieth day following the filing of this case and grants such other relief as the court in equity deems appropriate under the circumstances.

Date: June 19, 2025

/s/Leo J. Foley Jr
Leo J Foley Jr P76060
Attorney for Debtor
Bankruptcy Law Offices
2425 S. Linden Road, Ste C
Flint, MI 48532
leo@bklawoffice.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION**

In Re: Randy Langford

Debtor(s).
______________________________/

Case No. 25-31311
Chapter 13
Hon. Joel D. Applebaum

**ORDER TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 USC 362 § (c)(3)(B)**

Wherefore a hearing on the motion to extend the automatic stay having been heard by this Court on___________, no objections were filed and with the court being fully apprised of this matter.

NOW THEREFORE, IT IS HEREBY ORDERD that the automatic stay shall be extended against all creditors beyond 30 days pursuant to 11 USC § 362 (c)(3)(B)

Proposed order

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION**

In Re: Randy Langford

Case No. 25-31311
Chapter 13
Hon. Joel D. Applebaum

Debtor(s).
______________________________/

**PROOF OF SERVICE**

STATE OF MICHIGAN )
)SS.
COUNTY OF GENESEE )

THE UNDERSIGNED, being first duly sworn, deposes and says that he is employed at the law firm of Bankruptcy Law Office, and on the 19th day of June 2025, he served upon:

see attached court matrix

a copy of the motion to extend the automatic stay pursuant to 11 USC 363§ (c)(3)(B) by placing same in an envelope addressed to the said addressee and by depositing said envelope in the United States Mail in a mail receptacle in Flint, Michigan, with first-class postage fully paid thereon.

/s/ *Leo J. Foley Jr*

Leo J. Foley Jr
Bankruptcy Law Office
2425 S. Linden Rd. Ste. C
Flint, MI 48532
810-720-4333
leo@bklawoffice.com