Label Matrix for local noticing
0645-4
Case 23-32035-jda
Eastern District of Michigan
Flint
Thu Jun 19 16:13:27 EDT 2025

35th District Court
#23-7796-CK
208 North Shiawasse Street, 2nd Floor
Corunna, MI 48817-1447

(p)66TH DISTRICT COURT
110 E MACK ST
CORUNNA MI 48817-1490

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108-2716

Affirm, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634-2413

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Capital One Auto Finance
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024-2302

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850-5298

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179-0040

Citizens Bank\First Mark Sevices
Attn: Bankruptcy
1 Citizens Plaza
Riverside, RI 02915-3026

Comenity Capital/Davids Bridal
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

Huntington National Bank
Attn: Bankruptcy
Po Box 340996
Columbus, OH 43234-0996

Kelly Manor
c/o MTH Management
3100 Vent Road Suite 203
East Lansing, MI 48823

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201-3043

LAFCU
Attn: Bankruptcy
Po Box 26188
Lansing, MI 48909-6188

LendingClub
Attn: Bankruptcy
595 Market Street, Suite 200
San Francisco, CA 94105-2802

LightStream, a division of Truist Bank
PO Box 1847
Wilson, NC 27894-1847

Michigan Office of the Inspector General
PO Box 30062
Lansing, MI 48909-7562

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Midland Funding/Midland Credit Mgmt
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069

Nissan Motor Acceptance
PO Box 660360
Dallas, TX 75266-0360

Nissan Motor Acceptance Company LLC
fka Nissan Motor Acceptance Corporation
PO Box 9013
Addison, Texas 75001-9013

Prosper Funding LLC
221 Main Street
Suite 300
San Francisco, CA 94105-1909

Rocket Mortgage
Attn: Bankruptcy
1050 Woodward Avenue
Detroit, MI 48226-3573

Shermeta Law Group, PLLC
PO Box 5016
Rochester, MI 48308-5016

Syncb/zulily
Attn: Bankruptcy
P.O. Box 965060
Orlando, FL 32896-5060

Synchrony Bank
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/JCPenney
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony/PayPal Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

The Huntington National Bank
PO Box 89424
OPC856
Cleveland OH 44101-6424

Third Party Withholding Unit
Michigan Department of Treasury
PO Box 30785
Lansing, MI 48909-8285

Truist Bank
Attn: Bankruptcy
Mail Code VA-RVW-6290 POB 85092
Richmond, VA 23286-0001

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

U.S. Trustee
211 W. Fort Street
Suite 700
Detroit, MI 48226-3263

US Bank/RMS
Cb Disputes
Saint Louis, MO 63166

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a 3rd Floor
Des Moines, IA 50328-0001

Wells Fargo Bank, N.A., Wells Fargo Card Ser
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Weltman & Weinberg
P.O. Box 93596
Cleveland, OH 44101-5596

Casey Lovell
23843 Joy Road
Dearborn Heights, MI 48127-1480

David Samuel Wilkinson
Frego & Associates, P.L.C.
23843 Joy Road
Dearborn Heights, MI 48127-1480

James P. Frego II
Frego & Assc.-The Bankruptcy Law Office
23843 Joy Road
Dearborn Heights, MI 48127-1480

Kristine Martin
116 W. Main St.
Apt. 305\
Owosso, MI 48867-2912

Robert Gatny
Frego & Associates
23843 Joy Rd
Dearborn Heights, MI 48127-1480

Samuel D. Sweet
Samuel D. Sweet, Trustee
52 E. Burdick St. #10
Oxford, MI 48371-5548

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

66th District Court
Case #23-0968-GC
110 E. Mack Street
Corunna, MI 48817

U.S. Bank National Association
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

End of Label Matrix
Mailable recipients 49
Bypassed recipients 0
Total 49