**UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF MICHIGAN (FLINT)**

In Re: Randy S Langford  Case No. 25-31311

Chapter 13

_____Debtor (s)_____/  Hon. Applebaum

**NOTICE OF WITHDRAWAL OF DOCKET #10**

NOW COME the Debtor(s), Randy S Langford, by and through his Counsel, Bankruptcy Law Office, by Leo Foley Jr., hereby withdraw docket entry #10.

Respectfully submitted,

Bankruptcy Law Office

Dated: 6/20/2025

/s/ _Leo Foley Jr._
Leo Foley Jr. (P76060)
2425 S. Linden Rd. Suite C
Flint, MI 48532
(810) 720-4333
leo@bklawoffice.com