# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN (Flint)

In re:                                         Case No. 25-31311-jda

Randy S. Langford                              Chapter 13

            Debtor.              Hon. Joel D. Applebaum

_____/

### ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES AND DOCUMENTS

| Clerk of the Court | Leo Foley Jr. | Melissa A. Caouette |
|---|---|---|
| U.S. Bankruptcy Court | George Jacobs and Associates | Chapter 13 Trustee - Flint |
| 226 West Second St. | 2425 S. Linden Road Suite C | 400 N. Saginaw St. Suite 331 |
| Flint, MI 48502 | Flint, MI 48532 | Flint, MI 48502 |

PLEASE ENTER our Appearance as counsel for Lakeview Loan Servicing, LLC. Pursuant to the Bankruptcy Rules and the Bankruptcy Code, the undersigned should be added to the official address matrix as maintained in this proceeding by the Clerk of the Court, and that all notices given or required to be given and all papers served or required to be served in this case shall be served upon the undersigned as set forth below.

This request encompasses all notices, copies and pleadings, including, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, e-mail, telephone, telegraph, telex, or otherwise which affects or seeks to affect in any way the rights or interest of said creditor.

This appearance shall act as the appearance of every member of Trott Law, P.C., and is not limited to the attorneys listed below.

Respectfully Submitted,
Trott Law, P.C.

Dated: June 25, 2025       /s/ Scott A. gies

Scott A. Gies  (P56346)
Heather Burnard  (P66321)
Attorney for Lakeview Loan Servicing, LLC
31440 Northwestern Hwy., Ste. 145
Farmington Hills, MI 48334-5422
Phone: 248.642.2515
Email: EasternECF@trottlaw.com

**TROTT LAW, P.C.**
31440 NORTHWESTERN HWY.,
STE. 145
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628