**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN (Flint)**

In re:                                          Case No. 25-31311-jda

Randy S Langford                          Chapter 13

             Debtor.          Hon. Joel D. Applebaum

_____/

## CERTIFICATE OF SERVICE

The undersigned states that on June 30, 2025 copies of Lakeview Loan Servicing, LLC's Objections to Confirmation were served electronically to:

Leo Foley Jr.                                   Melissa A. Caouette

 

/S/ Cara L. Stegner
Legal Assistant
Trott Law, P.C.
Attorney for Lakeview Loan Servicing, LLC
31440 Northwestern Hwy., Ste. 145
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

**TROTT LAW, P.C.**
31440 NORTHWESTERN
HWY.,
STE. 145
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628