**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN (Flint)**

In re:                                                      Case No. 25-31311-jda
Randy S Langford                                  Chapter 13
                Debtor.              Hon. Joel D. Applebaum

_____/

Attached is the Statement of Corporate Ownership for the above referenced case.

*/s/ Scott A. Gies*
_____
Scott A. Gies   (P56346)
Attorney for Lakeview Loan Servicing, LLC
31440 Northwestern Hwy., Ste. 145
Farmington Hills, MI 48334-5422
Phone: 248.642.2515
Email: EasternECF@trottlaw.com

**TROTT LAW, P.C.**
31440 NORTHWESTERN
HIGHWAY, SUITE 145
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

Trott# 524733B01

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN


STATEMENT REGARDING OWNERSHIP OF NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER

☑ The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

Name:     BlackRock, Inc
Address:  55 East 52nd Street New York, NY 1005

Name:     Vanguard Group Inc
Address:  100 Vanguard Blvd Malvern, PA 19355

Name:     
Address:  


☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.


Dated:  9/13/2023                          /s/ Sommer Kuehne
                                           Signature of Authorized Individual


                                           Sommer Kuehne
                                           Print Name

                                           Assistant Secretary
                                           Title