**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION**

In Re:  Randy S. Langford                                Case No.  25-31311
                                                          Chapter 13
                                                          Hon. Joel D. Applebaum

        Debtor(s).

_____/

**DEBTOR'S AFFIDAVIT IN  SUPPORT OF THE MOTION TO EXTEND THE**
**AUTOMATIC STAY PURSUANT TO 11 USC 362 § (c)(4)(A)(i)**

NOW COMES the Debtor, Randy Langford, in support of the motion to extend the automatic stay:

1.      I filed my case in an effort to save my home.

2.      My prior case was dismissed because I lost my prior job and I did not regain employment in time to save my prior case.

3.      I have regained employment and I have sufficient income to fund my plan.

Dated: July 14, 2025

/s/ Randy S. Langford
Randy S. Langford**,** Debtor
