# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

In re: Randy Langford

        Debtor.

_____/

Case No.  25-31311
Chapter 13
Hon. Joel D. Applebaum

## ORDER TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 USC 362 § (c)(3)(B)

A hearing on the motion to extend the automatic stay having been heard by this Court on July 16, 2025, no objections were filed or raised at the hearing and with the court being sufficiently apprised of this matter.

NOW, THEREFORE, IT IS HEREBY ORDERED that the automatic stay shall be extended against all creditors beyond 30 days pursuant to 11 USC § 362 (c)(3)(B)

**Signed on July 16, 2025**



/s/ Joel D. Applebaum

**Joel D. Applebaum**
**United States Bankruptcy Judge**