Certificate Number: 05781-MIE-DE-039998467

Bankruptcy Case Number: 25-31311



05781-MIE-DE-039998467

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 19, 2025</u>, at <u>5:22</u> o'clock <u>PM PDT</u>, <u>Randy Langford</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Michigan</u>.

Date:  <u>August 19, 2025</u>        By:     <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:  <u>President</u>