**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

**IN RE:**    **Randy S. Langford**              **CHAPTER 13**
                                      **CASE NO: 25-31311**
             **Debtor(s)**             **JUDGE Joel D. Applebaum**

_____/

### ORDER ADJOURNING CONFIRMATION HEARING

IT IS HEREBY ORDERED that the Confirmation Hearing shall be adjourned from August 12, 2025 at 9:00 a.m. to October 21, 2025 at 9:00 a.m.

IT IS FURTHER ORDERED that the Debtor(s) shall be 100% current in plan payments from hearing to the seven (7) days prior to the adjourned hearing.

IT IS FURTHER ORDERED that if any of the conditions indicated above are not satisfied, then the Trustee may file an Affidavit of Default along with an Order of Dismissal with no further notice or hearing.

IT IS FURTHER ORDERED that this case may be confirmed prior to the adjourned date upon the approval of objecting creditors and the Chapter 13 Trustee.

IT IS FURTHER ORDERED that Debtor(s) counsel shall serve a copy of the entered order on the Debtor and any interested parties as applicable within seven (7) days.

**Signed on August 21, 2025**



                                      **/s/ Joel D. Applebaum**
                                      **Joel D. Applebaum**
                                      **United States Bankruptcy Judge**