**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

In Re:        Randy Langford                    Chapter 13
                                                      Case No. 25-31311
                                                      Judge Applebaum

              Debtor(s)

_____/

**AMENDED PAYMENT ORDER**

It appearing that Debtor(s) has(ve) regular income and the Debtor(s) believes that her case will be more successful should an employer-based wage order be entered and the Court being advised in the premises and the parties having stipulated to the following:

**IT IS HEREBY ORDERED** that **\*\*_Henrob Corporation of 3000 S. Hill Rd. New Hudson, MI 48165_\*\*** shall forward to at the following address: Chapter 13 Trustee – Flint, P.O. Box 2175 Memphis, TN 38101-2175, $1,134.78  bi-weekly from the future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor(s) income except for Order for child support, or alimony, current withholding taxes, union dues, and all other insurance premiums.

**IT IS FURTHER ORDERED** that should Debtor(s) change employer(s) during the pendency of the instant bankruptcy case, then Debtor(s) shall present to the Trustee a Stipulation to Amend the Third-Party Witholding Order within fourteen (14) days of the change of employment.

**Signed on November 10, 2025**



/s/ Joel D. Applebaum
_____
**Joel D. Applebaum**
**United States Bankruptcy Judge**