**Fill in this information to identify the case:**

Debtor 1     Randy S. Langford

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:     Eastern District of Michigan
                                                  (State)

Case number 25-31311-jda

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**     Lakeview Loan Servicing, LLC       **Court claim no.** (if known):     8

**Last 4 digits** of any number you use to
identify the debtor's account:     9   1   8   3

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: _____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
| --- | --- |

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
| --- | --- | --- | --- |
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 07/09/2025 | (5) | $ 300.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ |
| 11. Other. Specify: POC 410A Form | 07/09/2025 | (11) | $ 250.00 |
| 12. Other. Specify: Review Ch 13 Plan | 06/27/2025 | (12) | $ 350.00 |
| 13. Other. Specify: Prep Ch 13 Plan Objections | 06/30/2025 | (13) | $ 700.00 |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ */s/ Robert J. Shefferly*

Signature
Trott # 524733B01

Date  11/18/2025

Print:    Robert J. Shefferly (P67477)
First Name    Middle Name    Last Name

Title    Attorney for Lakeview Loan Servicing, LLC

Company    Trott Law, P.C.

Address    31440 Northwestern Hwy., Ste. 145
Number    Street

Farmington Hills, MI  48334-5422
City    State    ZIP Code

Contact phone    248.642.2515

Email  EasternECF@trottlaw.com

25-31311-jda    Doc 59    Filed 11/20/25    Entered 11/20/25 10:25:37    Page 2 of 2