In re:                                      Case No. 25-31311-jda
Randy S. Langford                           Chapter 13
                    Debtor.                 Hon. Joel D. Applebaum

_____/

## CERTIFICATE OF SERVICE

The undersigned states that on November 20, 2025 copies of Lakeview Loan Servicing, LLC's Notice of Postpetition Mortgage Fees, Expenses, and Charges were served electronically to:

Leo Foley Jr.                               Melissa A. Caouette

On the same date the following parties were served by deposit in the U.S. Mail:

Randy S. Langford
770 1st St
Fenton, MI 48430-4101

/s/Jacqueline Lewis
Legal Assistant
Trott Law, P.C.
Attorney for Lakeview Loan Servicing, LLC
31440 Northwestern Hwy., Ste. 145
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

**TROTT LAW, P.C.**
31440 NORTHWESTERN
HWY.,
STE. 145
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628