**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In Re: Randy Langford

                       Case No.  25-31311
Chapter 13
Hon. Joel Applebaum

        Debtor(s)

_____/

**EXHIBIT RE JUDGEMENT OF DIVORCE**

Please see attached exhibit: RE Judgement of divorce

    Respectfully submitted,

Date:  November 21, 2025

                      BANKRUPTCY LAW OFFICES

                            /s/  Leo J. Foley Jr
                            Leo J. Foley Jr (P76060)
                            2425 S. Linden Rd., Ste. C
                            Flint, MI 48532
                            (810) 720-4333
                            leo@bklawoffice.com