# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

In Re: Randy Langford

Case No. 25-31311
Chapter 13
Hon. Joel D. Applebaum

Debtor(s).

_____/

NOW COMES Shelia Langford, in regards to the judgement of divorce.

1. I have willing waived the provision in the judgment of divorce that indicates the Debtor (Randy Langford) is to pay half of the equity of the real property ($45,028.50) and half of the amount in the 401k ($5,000) within two years following the Judgment of Divorce.

Dated: November 10, 2025

/s/ Shelia Langford
Shelia Langford

*Sheila Langford* 11/19/2025