**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION**

IN RE: **Randy S Langford**                           CHAPTER 13
                                                                         CASE NO 25-31311
                                                                         JUDGE Joel D. Applebaum

                    Debtor(s)

_____/

## PROOF OF SERVICE

STATE OF MICHIGAN        )
                                           )SS.
COUNTY OF GENESEE       )

     THE UNDERSIGNED, being first duly sworn, deposes and says that he is employed at the law firm of Bankruptcy Law Office, and on the 21st day of November 2025, he served upon:

Attached matrix of creditors

a copy of the amended Cover Sheet for Amendments to Schedules and or Statements filed Re: Schedule E/F Creditors Who Have Unsecured Claims, by placing same in an envelope addressed to the said addressee and by depositing said envelope in the United States Mail in a mail receptacle in Flint, Michigan, with first-class postage fully paid thereon.

/s/ *Leo J. Foley Jr*
Leo J. Foley Jr
Bankruptcy Law Office
2425 S. Linden Rd. Ste. C
Flint, MI 48532
810-720-4333
leo@bklawoffice.com