| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-4<br>Case 25-31311-jda<br>Eastern District of Michigan<br>Flint<br>Wed Aug 20 19:35:44 EDT 2025 | America Info Source, LP<br>P.O. Box 248848<br>Oklahoma City, OK 73124-8848 | Attorney General<br>Law Building<br>525 Ottawa<br>Lansing, MI 48913-0001 |
| Bank of Missouri<br>2700 S LORRAINE PLACE<br>Sioux Falls, SD 57106-3657 | Becket & Lee LLP<br>P.O. Box 3001<br>Attn: Bankruptcy Dept.<br>Malvern, PA 19355-0701 | Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 |
| Capital One N.A.<br>by AIS InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Chiropractic Federal Credit Union<br>23617 Libert<br>Farmington, MI 48335-3530 | Credit Management<br>4200 International<br>Carrollton, TX 75007-1912 |
| Dort Financial Credit Union<br>Attn: Bankruptcy<br>Po Box 1635<br>Flint, MI 48501-1635 | ELGA Credit Union<br>Attn: Bankruptcy<br>6065 Grand Pointe Blvd<br>Grand Blanc, MI 48439-5500 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| IC System<br>PO Box 64437<br>Saint Paul, MN 55164-0437 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JJ MARSHALL & ASSOCIATES<br>28820 MOUND ROAD<br>WARREN MI 48092-5510 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | John Hicks<br>412 S Saginaw St Fl 1<br>Flint, MI 48502-1805 | Kelly Scola<br>24525 Harper Ave Ste 2<br>Saint Clair Shores, MI 48080-1286 |
| Kohl's<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lakeview Loan Servicing, LLC<br>Attention: Bankruptcy Dept.<br>P.O. Box 619096<br>Dallas, TX 75261-9096 |
| Leo Foley<br>Bankruptcy Law Offices<br>2425 S. Linden Rd.<br>Ste. C<br>Flint, MI 48532-5474 | MMCC<br>6324 Taylor Dr.<br>Flint, MI 48507-4680 | MMMI Phys<br>P.O. Box 77000<br>Dept. 77312<br>Detroit, MI 48277-2000 |
| NCB Management Services<br>P.O. Box 1099<br>Langhorne, PA 19047-6099 | Nationstar/mr Cooper<br>350 Highland<br>Houston, TX 77009-6623 | Oral & Maxillofacial Surgery<br>5417 Gateway Centre Blvd.<br>Flint, MI 48507 |
| PRA Receivables Management, LLC<br>As Agent of Portfolio Recovery Assoc.<br>P.O. Box 12914<br>Norfolk, VA 23541-0914 | PRESTIGE FINANCIAL SERVICES<br>BANKRUPTCY DEPARTMENT<br>PO BOX 26707<br>SALT LAKE CITY, UT 84126-0707 | Pinnacle Financial<br>7825 Washington Ave. S. Ste. 410<br>Minneapolis, MN 55439-2409 |

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Prestige Financial Svc<br>Attn: Bankruptcy<br>351 W Opportunity Way<br>Draper, UT 84020-1399 | Quantum3 Group<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | RK family Dental<br>111 S WALNUT ST<br>Fenton, MI 48430-2150 | Resurgent Capital<br>P.O. Box 5020<br>Sioux Falls, SD 57117-5020 |
| Resurgent Capital Service<br>Po Box 1410<br>Troy, MI 48099-1410 | TD Bank USA, N.A.<br>C/O Weinstein & Riley, PS<br>749 GATEWAY, SUITE G-601<br>ABILENE, TX 79602-1196 | U.S. Attorney<br>Attn: Civil Division<br>210 Federal Building<br>600 Church Street<br>Flint, MI 48502-1200 |
| (p)US DEPARTMENT OF HOUSING AND URBAN DEVELOP<br>477 MICHIGAN AVE #1600<br>DETROT MI 48226-2564 | U.S. Trustee<br>211 West Fort Street<br>Ste. 700<br>Detroit, MI 48226-3263 | US Department of Education<br>PO Box 105028<br>Atlanta, GA 30348-5028 |
| Leo Foley Jr.<br>2425 S. Linden Road<br>Suite C<br>Flint, MI 48532-5474 | Melissa A Caouette<br>Chapter 13 Trustees Office Flint<br>400 N. Saginaw Ste.<br>Suite 331<br>Flint, MI 48502-2045 | Randy S Langford<br>770 1st Street<br>Fenton, MI 48430-4101 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS-Special Procedures<br>P.O.BOX 330500<br>Stop 15<br>Detroit, MI 48232 | Jefferson Capital Systems<br>PO Box 7999<br>Saint Cloud, MN 56302-9617 | (d)Jefferson Capital Systems, LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | U.S. Department of Housing and Urban Develop<br>77 West Jackson Boulevard<br>Chicago, IL 60604 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Lakeview Loan Servicing, LLC | (d)Dort Financial Credit Union<br>Attn: Bankruptcy<br>Po Box 1635<br>Flint, MI 48501-1635 | End of Label Matrix<br>Mailable recipients    44<br>Bypassed recipients     2<br>Total                   46 |