**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

IN RE:    **Randy S. Langford**        **CHAPTER 13**
                                      **CASE NO: 25-31311**
           **Debtor(s)**               **JUDGE JOEL D. APPLEBAUM**

_____/

**<u>ORDER CONFIRMING PLAN</u>**

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of Bankruptcy Law Offices, Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,500.00 in fees and $0 in expenses, and that the portion of such claim which has not already been paid, to-wit: $3,500.00 shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

IT IS FURTHER ORDERED that all filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED that the Debtor(s) shall provide a complete copy of their annual federal income tax returns during case pendency on or before June 1 of the filing tax year or if unfiled, provide a copy of the extension to the Trustee. Should the Debtor(s) not provide the requested tax information to the Trustee then the Trustee may file a Notice of Default giving the Debtor(s) 21 days to respond as to why the information has not been provided. Upon the filing of the response the Court shall set a hearing on the matter.

IT IS FURTHER ORDERED that effective upon confirmation the Debtor's plan payments shall be increased to $2505.00 monthly.

IT IS FURTHER ORDERED that the class nine general unsecured creditors shall receive 100% plus 8% interest distribution pursuant to §11 U.S.C. §1325(a)(4).

IT IS FURTHER ORDERED The claim of Lakeview Loan Servicing, LLC (Claim #8) shall be paid in accordance with its duly filed claim unless otherwise ordered by the Court.

IT IS FURTHER ORDERED that the Debtor shall not gamble during the pendency of the case as it a drain on the bankruptcy estate.

/s/ Leo J. Foley Jr

/s/ Melissa Caouette
Melissa Caouette P62729
Chapter 13 Trustee
400 N. Saginaw St., Ste. 331
Flint, MI 48502
(810)238-4675
ecf@flint13.com

Leo J. Foley Jr (P76060)
Attorney for Debtor
2425 S. Linden Rd.
Ste. C
Flint, MI 48532
 810-720-4333
leo@bklawoffice.com

/s/ Robert J. Shefferly
Robert J. Shefferly (P67477)
Attorney for Lakeview Loan Servicing, LLC
31440 Northwestern Hwy., Ste. 145
Farmington Hills, MI 48334-5422
Phone: 248.642.2515
Email: EasternECF@trottlaw.com

**Signed on December 3, 2025**



/s/ Joel D. Applebaum

**Joel D. Applebaum**
**United States Bankruptcy Judge**