Form ntcconf13pln

226 West Second Street
Flint, MI 48502

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **25–31311–jda**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
    Randy S Langford
    770 1st Street
    Fenton, MI 48430

Social Security No.:
    xxx–xx–0790

Employer's Tax I.D. No.:

## NOTICE OF CONFIRMATION OF CHAPTER 13 PLAN

To the Creditors of the above–named Debtor(s):

NOTICE IS HEREBY GIVEN that the Chapter 13 Plan filed on **8/8/2025** was confirmed on **12/3/25**.

Should the Debtor fail to abide by the terms of the confirmed plan, it shall be the interested creditors' duty to bring the matter before the Court for appropriate relief.

Dated: 12/3/25

BY THE COURT

Todd M. Stickle , Clerk of Court
UNITED STATES BANKRUPTCY COURT