

HEADQUARTERS:
31440 Northwestern Hwy., Suite 145
Farmington Hills, Michigan 48334
(248) 642-2515 / fax (248) 642-3628

GRAND RAPIDS:
(616) 942-0893 / fax (616) 942-0921

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT
ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE.

November 17, 2025

U.S. Bankruptcy Court
211 W. Fort Street
Detroit, MI 48226

Fax# 313-226-2681

Re: Scott A. Gies (P56346)

To Whom It May Concern:

Please be advised, effective today, that I, Lisa K. Mullen (P55478), have taken over all of Scott A. Gies' (P56346) cases.

If you have any questions, please feel free to contact me at 248-752-5856. Thank you.

Sincerely,

*Lisa K. Mullen*

Lisa K. Mullen
Trott & Trott, P.C.
Director of Bankruptcy/Supervising Attorney