**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - FLINT**

**IN THE MATTER OF:**                    CHAPTER 13 Proceeding

RANDY S LANGFORD                    Case No. 25-31311-JDA
                                                       Judge Joel D. Applebaum
                                    Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that on December 05, 2025, I mailed by United States Postal Service the Payment Order to the following non-ECF participants:

Henrob Corporation

30000 S. Hill Rd.

Attn: Payroll

New Hudson, MI  48165

/s/Tracee Denicolo
For the Office of the Chapter 13 Standing Trustee-Flint
400 N. Saginaw St. Ste 331
Flint, MI 48502
(810) 238-4675
ecf@flint13.com