Form ntcconf13pln

226 West Second Street
Flint, MI 48502

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **25−31311−jda**
Chapter:  13

In Re: (NAME OF DEBTOR(S))
  Randy S Langford
  770 1st Street
  Fenton, MI 48430

Social Security No.:
  xxx−xx−0790

Employer's Tax I.D. No.:

## NOTICE OF CONFIRMATION OF CHAPTER 13 PLAN

To the Creditors of the above−named Debtor(s):

NOTICE IS HEREBY GIVEN that the Chapter 13 Plan filed on **8/8/2025** was confirmed on **12/3/25**.

Should the Debtor fail to abide by the terms of the confirmed plan, it shall be the interested creditors' duty to bring the matter before the Court for appropriate relief.

Dated: 12/3/25

BY THE COURT

Todd M. Stickle , Clerk of Court
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court

Eastern District of Michigan

In re:

Randy S Langford

      Debtor

Case No. 25-31311-jda

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0645-4

Date Rcvd: Dec 03, 2025

User: admin

Form ID: cnf13pln

Page 1 of 3

Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Randy S Langford, 770 1st Street, Fenton, MI 48430-4101 |
| 28517871 | + | Credit Management, 4200 International, Carrollton, TX 75007-1912 |
| 28517878 | | John Hicks, 412 S Saginaw St Fl 1, Flint, MI 48502-1805 |
| 28517879 | + | Kelly Scola, 24525 Harper Ave Ste 2, Saint Clair Shores, MI 48080-1286 |
| 28517881 | + | MMCC, 6324 Taylor Dr., Flint, MI 48507-4680 |
| 28517882 | + | MMMI Phys, P.O. Box 77000, Dept. 77312, Detroit, MI 48277-2000 |
| 28517885 | | Oral & Maxillofacial Surgery, 5417 Gateway Centre Blvd., Flint, MI 48507 |
| 28517892 | + | RK family Dental, 111 S WALNUT ST, Fenton, MI 48430-2150 |
| 28517890 | + | Resurgent Capital, P.O. Box 5020, Sioux Falls, SD 57117-5020 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 28517866 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 03 2025 21:56:20 | America Info Source, LP, P.O. Box 248848, Oklahoma City, OK 73124-8848 |
| 28517863 | + | Email/Text: AG-RandT-Bank-CourtNotices@michigan.gov | Dec 03 2025 21:49:00 | Attorney General, Law Building, 525 Ottawa, Lansing, MI 48913-0001 |
| 28517867 | + | Email/Text: famc-bk@1stassociates.com | Dec 03 2025 21:49:00 | Bank of Missouri, 2700 S LORRAINE PLACE, Sioux Falls, SD 57106-3657 |
| 28517868 | + | Email/PDF: bncnotices@becket-lee.com | Dec 03 2025 21:56:01 | Becket & Lee LLP, P.O. Box 3001, Attn: Bankruptcy Dept., Malvern, PA 19355-0701 |
| 28600372 | + | Email/Text: bkattorneynotices@gmail.com | Dec 03 2025 21:49:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 28517869 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 03 2025 21:56:25 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 28529894 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 03 2025 21:55:58 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 28517870 | + | Email/Text: sandy@chirofcu.org | Dec 03 2025 21:49:00 | Chiropractic Federal Credit Union, 23617 Libert, Farmington, MI 48335-3530 |
| 28517872 | + | Email/Text: collectionclerks@dortfcu.org | Dec 03 2025 21:50:00 | Dort Financial Credit Union, Attn: Bankruptcy, Po Box 1635, Flint, MI 48501-1635 |
| 28517874 | + | Email/Text: chadd.obrien@elgacu.com | Dec 03 2025 21:49:00 | ELGA Credit Union, Attn: Bankruptcy, 6065 Grand Pointe Blvd, Grand Blanc, MI 48439-5500 |
| 28600373 | + | Email/Text: opportunitynotices@gmail.com | Dec 03 2025 21:50:00 | FinWise Bank, c/o Opportunity Financial, LLC, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 28517875 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 03 2025 21:56:11 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |

| 28517876 | + Email/Text: Bankruptcy@ICSystem.com | Dec 03 2025 21:49:00 | IC System, PO Box 64437, Saint Paul, MN 55164-0437 |
| 28517862 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 03 2025 21:49:00 | IRS-Special Procedures, P.O.BOX 330500, Stop 15, Detroit, MI 48232 |
| 28517877 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 03 2025 21:50:00 | Jefferson Capital Systems, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 28588341 | + Email/Text: bankruptcy@jjmarshallinc.com | Dec 03 2025 21:49:00 | JJ MARSHALL & ASSOCIATES, 28820 MOUND ROAD, WARREN MI 48092-5510 |
| 28517880 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 03 2025 21:56:26 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 28523122 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2025 21:56:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 28540690 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 03 2025 21:49:00 | Lakeview Loan Servicing, LLC, Attention: Bankruptcy Dept., P.O. Box 619096, Dallas, TX 75261-9096 |
| 28517861 | ^ MEBN | Dec 03 2025 21:43:32 | Leo Foley, Bankruptcy Law Offices, 2425 S. Linden Rd., Ste. C, Flint, MI 48532-5474 |
| 28517884 | ^ MEBN | Dec 03 2025 21:43:32 | NCB Management Services, P.O. Box 1099, Langhorne, PA 19047-6099 |
| 28517883 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 03 2025 21:49:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 28558534 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 03 2025 21:56:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 28517887 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 03 2025 21:56:15 | PRA Receivables Management, LLC, As Agent of Portfolio Recovery Assoc., P.O. Box 12914, Norfolk, VA 23541-0914 |
| 28536149 | + Email/Text: bankruptcy@gopfs.com | Dec 03 2025 21:50:00 | PRESTIGE FINANCIAL SERVICES, BANKRUPTCY DEPARTMENT, PO BOX 26707, SALT LAKE CITY, UT 84126-0707 |
| 28517886 | Email/Text: ngisupport@radiusgs.com | Dec 03 2025 21:49:00 | Pinnacle Financial, 7825 Washington Ave. S. Ste. 410, Minneapolis, MN 55439-2409 |
| 28517888 | ^ MEBN | Dec 03 2025 21:43:28 | Prestige Financial Svc, Attn: Bankruptcy, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 28517889 | Email/Text: bnc-quantum@quantum3group.com | Dec 03 2025 21:49:00 | Quantum3 Group, PO Box 788, Kirkland, WA 98083-0788 |
| 28520569 | Email/Text: bnc-quantum@quantum3group.com | Dec 03 2025 21:49:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 28517891 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2025 21:55:58 | Resurgent Capital Service, Po Box 1410, Troy, MI 48099-1410 |
| 28569454 | Email/Text: bncmail@w-legal.com | Dec 03 2025 21:49:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 28517864 | + Email/Text: USAMIE.BNCElectronicBankruptcyNotices@usdoj.gov | Dec 03 2025 21:49:00 | U.S. Attorney, Attn: Civil Division, 210 Federal Building, 600 Church Street, Flint, MI 48502-1200 |
| 28517865 | + Email/Text: ustpregion09.de.ecf@usdoj.gov | Dec 03 2025 21:49:00 | U.S. Trustee, 211 West Fort Street, Ste. 700, Detroit, MI 48226-3263 |
| 28519004 | Email/PDF: OGCRegionVBankruptcy@hud.gov | Dec 03 2025 21:55:58 | U.S. Department of Housing and Urban Development, 77 West Jackson Boulevard, Chicago, IL 60604 |
| 28517893 | Email/Text: edbknotices@ecmc.org | Dec 03 2025 21:49:00 | US Department of Education, PO Box 105028, Atlanta, GA 30348-5028 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 28517873 | *+ | Dort Financial Credit Union, Attn: Bankruptcy, Po Box 1635, Flint, MI 48501-1635 |
| 28573731 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 28569455 | *P++ | TD BANK USA N A, C/O WEINSTEIN & RILEY P S, 749 GATEWAY STE G601, ABILENE TX 79602-1196, address filed with court:, TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 28575293 | *P++ | US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT RV, 477 MICHIGAN AVE #1600, DETROT MI 48226-2564, address filed with court:, U.S. Department of Housing and Urban Development, 77 West Jackson Boulevard, Chicago, IL 60604 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2025           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Leo Foley, Jr. | on behalf of Debtor Randy S Langford leo@bklawoffice.com foleylee@gmail.com |
| Melissa A Caouette | ecf@flint13.com |
| Robert J. Shefferly | on behalf of Creditor Lakeview Loan Servicing  LLC Easternecf@trottlaw.com, mitrottlaw@ecf.courtdrive.com |
| Scott A. Gies | on behalf of Creditor Lakeview Loan Servicing  LLC EasternECF@trottlaw.com, wbecf@brockandscott.com |

TOTAL: 4