**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN (Flint)**

In re:                                                                     Case No. 25-31311-jda
Randy S. Langford                                            Chapter 13
                                    Debtor.                    Hon. Joel D. Applebaum
_____/

### CERTIFICATE OF SERVICE

The undersigned states that on May 20, 2026 copies of Lakeview Loan Servicing, LLC's NOTICE OF MORTGAGE PAYMENT CHANGE were served electronically to:

Leo Foley Jr.                                           Melissa A. Caouette

On the same date the following parties were served by deposit in the U.S. Mail:

Randy S. Langford
770 1st St
Fenton, MI 48430-4101

/s/ Michael Voss
Legal Assistant
Trott Law, P.C.
Attorney for Lakeview Loan Servicing, LLC
31440 Northwestern Hwy., Ste. 145
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

TROTT LAW, P.C.
31440 NORTHWESTERN
HWY.,
STE. 145
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628