**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN (Flint)**

In re:                                            Case No. 25-31311-jda
Randy S. Langford                                 Chapter 13
                          Debtor.                 Hon. Joel D. Applebaum
_____/

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF Fed.R.Bankr.P. 4001(a)(4)

NOW COMES Lakeview Loan Servicing, LLC, by and through its attorneys, Trott Law, P.C., and shows unto this Honorable Court as follows:

1. That Movant is a holder of a mortgage on property owned by the Debtor(s) and located at 770 1st St, Fenton, MI 48430-4101 (see attached copy of loan documents).

2. That the Debtor(s) filed Chapter 13 Bankruptcy on June 19, 2025.

3. That the case was confirmed and an Order Confirming Plan was entered with this Court on December 3, 2025.

4. That pursuant to 11 U.S.C. § 362(d)(1), upon request of a party in interest, the court shall grant relief from stay for cause, including lack of adequate protection of such party in interest.

5. That pursuant to the terms of the Chapter 13 Plan as confirmed, the Debtors are required to remit monthly payments of $2,505.00 to the Chapter 13 Trustee.

6. That according to a report obtained from the Chapter 13 Trustee's Office, the Debtor(s) has failed to remit the required payments.

7. That as a result, Movant has been receiving insufficient disbursements and is therefore inadequately protected.

8. That the Debtor(s) has failed to comply with the terms of the Chapter 13 Plan as required by the Order Confirming Plan.

9. That the approximate market value of the subject property is $281,200.00, according to Debtor's Schedule A/B & D.

**TROTT LAW, P.C.**
31440 NORTHWESTERN HWY.,
STE. 145
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

10. That as of July 15, 2026, the total debt owing to Movant was approximately $152,217.24, which includes Movant's attorney fees and costs for filing this motion.

11. That pursuant to the Chapter 13 Trustee's ledger, as of July 17, 2026, the Debtor(s) has a plan payment delinquency of $9,919.35;

12. That pursuant to the Chapter 13 Trustee's ledger, as of July 17, 2026, the Creditor has a post-petition principal due of $11,202.98

13. That the U.S. Department of Housing and Urban Development and Spouse of Randy S. Langford, may have an interest in the subject property to the knowledge and belief of Movant.

14. That no other creditor will receive any benefit from the sale of the subject property.

15. Movant requests termination of the automatic stay of 11 U.S.C. § 362(a) to allow Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and/or obtain possession of the property.

16. That in the event the automatic stay is terminated to allow Creditor to commence or continue its federal and/or state law rights as to the property, and Creditor deems the property is physically abandoned by the debtor(s)/homeowner(s), or by consent of the debtor(s)/homeowner(s), Creditor may also seek to shorten the Michigan post foreclosure statutory redemption period.

17. That Movant and/or its successors and assigns further seeks relief in order to, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement, deed in lieu of foreclosure/short sale, or other loss mitigation solution. That Movant may contact the Debtor via telephone or written correspondence to offer such an agreement.

18. Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts,

**TROTT LAW, P.C.**
31440 NORTHWESTERN HWY.,
STE. 145
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

19. That pursuant to Local Bankruptcy Rule 9014-1(c)(1), attached is a copy of the proposed ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISION OF Fed.R.Bankr.P. 4001(a)(4) labeled as Exhibit "1".

20. That in the event a hearing on this motion is held and after said hearing the Court orders submission of an order in substantial compliance with Exhibit 1, presentment of said order shall be waived.

21. Concurrence from debtor's attorney was sought by Movant's attorney's office on July 17, 2026 and concurrence was not able to be obtained from all parties.

WHEREFORE, Movant respectfully requests that the Court enter an ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISION OF Fed.R.Bankr.P. 4001(a)(4) for good cause shown pursuant to 11 U.S.C. §362(d)(1) and/or (d)(2), and that the Order is effective immediately upon entry by this Court notwithstanding the provision of Fed.R.Bankr.P. 4001(a)(4); and whatever other relief the Court deems just and equitable.

Respectfully Submitted,
Trott Law, P.C.

Dated: July 21, 2026

/s/ Robert J. Shefferly
_____
Robert J. Shefferly  (P67477)
Heather Burnard  (P66321)
Kendall Freeman  (P88329)
Attorney for Lakeview Loan Servicing, LLC
31440 Northwestern Hwy., Ste. 145
Farmington Hills, MI 48334-5422
Phone: 248.642.2515
Email: EasternECF@trottlaw.com

Trott #524733B02

**TROTT LAW, P.C.**
31440 NORTHWESTERN HWY.,
STE. 145
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN (Flint)**

| | |
|---|---|
| In re: | Case No. 25-31311-jda |
| Randy S. Langford | Chapter 13 |
| Debtor. | Hon. Joel D. Applebaum |

_____/

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISION OF Fed.R.Bankr.P. 4001(a)(4)

Movant, Lakeview Loan Servicing, LLC, by and through its attorneys, Trott Law, P.C., having filed a Motion For Relief From The Automatic Stay with respect to the property located at 770 1st St, Fenton, MI 48430-4101; and the Court being sufficiently advised in the premises:

IT IS HEREBY ORDERED that the automatic stay is terminated as to Movant with respect to the property located at 770 1st St, Fenton, MI 48430-4101 to allow Creditor to commence or continue its federal and/or state law rights to the property.

IT IS FURTHER ORDERED that this order is effective immediately upon entry by this Court notwithstanding the provision of Fed.R.Bankr.P. 4001(a)(4).

IT IS FURTHER ORDERED that this order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.