**EXHIBIT 2**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN (Flint)**

In re:                                                    Case No. 25-31311-jda
Randy S. Langford                          Chapter 13
                                                          Hon. Joel D. Applebaum
                        Debtor
770 1st St
Fenton, MI 48430-4101
_____/

**NOTICE OF MOTION AND OPPORTUNITY FOR HEARING**

Lakeview Loan Servicing, LLC has filed papers with the court to seek relief from the automatic stay.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may want to consult one.)

If you do not want the Court to grant the relief requested, or if you want the Court to consider your views on the Motion, within fourteen (14) days from date of service as included on the certificate of service, you or your attorney must:

1.      File with the court a written response or an answer, explaining your position, at the United States Bankruptcy Court, 226 West Second St., Flint, MI 48502.[1] If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

Robert J. Shefferly (P67477), 31440 Northwestern Hwy., Ste. 145, Farmington Hills, MI 48334-5422, 248.642.2515

Melissa A. Caouette, Chapter 13 Trustee - Flint, 400 N. Saginaw St. Suite 331, Flint, MI 48502

2.      If a response or answer is timely filed, the Clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.**

Respectfully Submitted,
Trott Law, P.C.

/s/ Robert J. Shefferly
Robert J. Shefferly  (P67477)
Heather Burnard  (P66321)
Kendall Freeman  (P88329)
Attorney for Lakeview Loan Servicing, LLC
31440 Northwestern Hwy., Ste. 145
Farmington Hills, MI 48334-5422
Phone: 248.642.2515
Email: EasternECF@trottlaw.com

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e).

**TROTT LAW, P.C.**
31440 NORTHWESTERN HWY.,
STE. 145
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628