**EXHIBIT 4**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN (Flint)

In re:                                          Case No. 25-31311-jda
Randy S. Langford                               Chapter 13
                        Debtor.                 Hon. Joel D. Applebaum
_____/


## CERTIFICATE OF SERVICE

The undersigned states that on July 24, 2026 copies of Lakeview Loan Servicing, LLC's MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF Fed.R.Bankr.P. 4001(a)(4) and Notice of Motion and Opportunity for Hearing were served electronically to:

Leo Foley Jr.                                   Melissa A. Caouette


On the same date the following parties were served by deposit in the U.S. Mail:

Randy S. Langford                               U.S. Department of Housing and Urban
770 1st St                                      Development
Fenton, MI 48430-4101                           77 W Jackson Blvd
                                                Chicago, IL 60604-3511

U.S. Attorney                                   Chief Counsel
Attn: Civil Division                            Dept. of Housing & Urban Development
210 Federal Building                            477 Michigan Ave Rm 1725
600 Church St Building                          Detroit, MI 48226-2523
Flint, MI 48502-1200

Spouse of Randy S. Langford
770 1st St
Fenton, MI 48430-4101

**TROTT LAW, P.C.**
31440 NORTHWESTERN
HWY.,
STE. 145
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

/s/Amy Doan
Legal Assistant
Trott Law, P.C.
Attorney for Lakeview Loan Servicing, LLC
31440 Northwestern Hwy., Ste. 145
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com