# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN (Flint)

In re:           Case No. 25-31311-jda

Randy S. Langford       Chapter 13

       Debtor.   Hon. Joel D. Applebaum

_____/

Attached is the Statement of Corporate Ownership for the above referenced case.

Trott# 524733B02

/s/ Robert J. Shefferly
_____
Robert J. Shefferly (P67477)
Heather Burnard (P66321)
Kendall Freeman (P88329)
Attorney for Lakeview Loan Servicing, LLC
31440 Northwestern Hwy., Ste. 145
Farmington Hills, MI 48334-5422
Phone: 248.642.2515
Email: EasternECF@trottlaw.com

**TROTT LAW, P.C.**
31440 NORTHWESTERN HIGHWAY, SUITE 145
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

STATEMENT REGARDING OWNERSHIP OF NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER

☑ The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

Name: BlackRock, Inc
Address: 55 East 52nd Street New York, NY 1005

Name: Vanguard Group Inc
Address: 100 Vanguard Blvd Malvern, PA 19355

Name:
Address:

☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated: 12/7/2022

/s/ Sommer Kuehne
Signature of Authorized Individual

Sommer Kuehne
Print Name

Assistant Secretary
Title