UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE

    RANDY LANGFORD

             DEBTOR(S)

CHAPTER 13
CASE NO.: 25-31311
HON. JOEL D. APPLEBAUM

_____/

## DEBTORS' RESPONSE TO MOTION FOR RELIEF FROM STAY FILED BY LAKEVIEW LOAN SERVICING

Now comes the Debtor, Randy Landford, by and through his Attorney, Leo J. Foley Jr, and in response to the Creditor's motion to for relief from the automatic stay as follows:

1. The Debtor admits that he has fallen behind on payment to the Chapter 13 Trustee.

2. The Debtor denies that the default is material as the creditor is adequately protected given that there is significant equity in the Debtor's home.

3. The Debtor will prepare and file amended schedules along with a plan modification to restore feasibility to the case.

Wherefore, the Debtor requests that the Creditor's motion be denied.


Dated: August 3, 2026

/s/ Leo J. Foley Jr
Leo J. Foley Jr
Bankruptcy Law Office
2425 S. Linden Rd. Ste. C
Flint, MI 48532
810-720-4333
leo@bklawoffice.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE

RANDY LANGFORD

DEBTOR(S)

CHAPTER 13
CASE NO.: 25-31311
HON. JOEL D. APPLEBAUM

_____/

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2026 served a copy of the Debtor's response to the motion for relief by electronic means through the Court's Case Management System and Electronic Case Filing System (CM/ECF) to the following parties:

Robert Shefferly
Attorney for Creditor

Melissa A Caouette
Chapter 13 Trustee

/s/ Leo J. Foley Jr
Leo J. Foley Jr
Bankruptcy Law Office
2425 S. Linden Rd. Ste. C
Flint, MI 48532
810-720-4333
leo@bklawoffice.com