# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
226 West Second Street
Flint, MI 48502

Case No.: 25–31311–jda
Chapter: 13
Judge: Joel D. Applebaum

In Re: (NAME OF DEBTOR(S))
Randy S Langford
770 1st Street
Fenton, MI 48430

Social Security No.:
xxx–xx–0790

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*70* – Motion for Relief from Stay and Waiving the FRBP 4001 (a)(3) Re: 770 1st St, Fenton, MI 48430–4101 . Fee Amount $199, Filed by Creditor Lakeview Loan Servicing, LLC (Attachments: # 1 Exhibit 6 # 2 Exhibit 2 # 3 Exhibit 4) (Shefferly, Robert)

will be held on: 8/19/26 at 09:30 AM at U.S. Bankruptcy Court Courtroom, 226 West Second St., Flint, MI 48502

––– NOTE: effective beginning March 16, 2020, Judge Applebaum is conducting all conferences and non evidentiary hearings by telephone. At least five minutes before the scheduled time for such a hearing, counsel and parties should call (202) 503–1666 and use conference ID 969 654 90#. Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating. Under no circumstance is a party or their counsel to place their phone on hold. (This procedure does not apply to Chapter 13 status conferences with the Chapter 13 Trustee. See any applicable notices by the Chapter 13 Trustee for information about status conferences.)

Dated: 8/4/26

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court