**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - FLINT**

**IN THE MATTER OF:**                              CHAPTER 13 Proceeding

RANDY S LANGFORD                              Case No. 25-31311-JDA
                                                               Judge Joel D. Applebaum

                                              Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that on August 05, 2026, I mailed by United States Postal Service the Payment Order to the following non-ECF participants:

Lee Industrial Contracting

631 Cesar E Chavez Ave

Pontiac, MI  48342

/s/Tracee Denicolo
For the Office of the Chapter 13 Standing Trustee-Flint
400 N. Saginaw St. Ste 331
Flint, MI 48502
(810) 238-4675
ecf@flint13.com