# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
226 West Second Street
Flint, MI 48502

Case No.: 25−31311−jda
Chapter: 13
Judge: Joel D. Applebaum

In Re: (NAME OF DEBTOR(S))
Randy S Langford
770 1st Street
Fenton, MI 48430

Social Security No.:
xxx−xx−0790

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*70* − Motion for Relief from Stay and Waiving the FRBP 4001 (a)(3) Re: 770 1st St, Fenton, MI 48430−4101 . Fee Amount $199, Filed by Creditor Lakeview Loan Servicing, LLC (Attachments: # 1 Exhibit 6 # 2 Exhibit 2 # 3 Exhibit 4) (Shefferly, Robert)

will be held on: 8/19/26 at 09:30 AM at U.S. Bankruptcy Court Courtroom, 226 West Second St., Flint, MI 48502

−−− NOTE: effective beginning March 16, 2020, Judge Applebaum is conducting all conferences and non evidentiary hearings by telephone. At least five minutes before the scheduled time for such a hearing, counsel and parties should call (202) 503−1666 and use conference ID 969 654 90#. Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating. Under no circumstance is a party or their counsel to place their phone on hold. (This procedure does not apply to Chapter 13 status conferences with the Chapter 13 Trustee. See any applicable notices by the Chapter 13 Trustee for information about status conferences.)

Dated: 8/4/26

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court

In re:

Randy S Langford

     Debtor

Case No. 25-31311-jda

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0645-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 04, 2026 | Form ID: nthrgBK | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

**Recip ID**     **Recipient Name and Address**
db     + Randy S Langford, 770 1st Street, Fenton, MI 48430-4101

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2026       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Leo Foley, Jr. | on behalf of Debtor Randy S Langford leo@bklawoffice.com  foleylee@gmail.com |
| Lisa K. Mullen | on behalf of Creditor Lakeview Loan Servicing  LLC EasternECF@Trottlaw.com |
| Melissa A Caouette | ecf@flint13.com |
| Robert J. Shefferly | on behalf of Creditor Lakeview Loan Servicing  LLC Easternecf@trottlaw.com, mitrottlaw@ecf.courtdrive.com |

TOTAL: 4