# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - FLINT

**IN RE:**

Randy S. Langford

Chapter 13
Case No. 25-31311
Judge Joel D. Applebaum

Address(es): 770 1st Street, Fenton, MI 48430
Social Security # xxx-xx-0790

Debtor.

_____/

## NOTICE OF CHAPTER 13 TRUSTEE'S MOTION TO DISMISS FOR FAILURE REMIT PLAN PAYMENTS

The Chapter 13 Trustee has filed papers with the Court to dismiss this case.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult one).

If you do not want the Court to **DISMISS THIS CHAPTER 13 CASE** or if you want the Court to consider your views on the motion, within **14 days** you or your attorney must:

**1.     File with the Court a written response or an answer explaining your position at:** [1]

United States Bankruptcy Court
226 West Second Street
Flint, MI  48502

---

[1] Response or answer must comply with F.R. Civ. P. 8(b), (c), and (e).
 Revised 3/2017

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above. **You must also mail a copy to:**

Melissa A. Caouette
Standing Chapter 13 Trustee
400 N. Saginaw Street, Ste 331
Flint, MI 48502

**2.     If a response or answer is timely filed and served, the court will schedule a hearing on the matter and you will be notified as to the time and date of the hearing.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:  August 7, 2026

/s/ Melissa A. Caouette
Melissa A. Caouette (P62729)
Standing Chapter 13 Trustee
400 N. Saginaw Street, Ste 331
Flint, MI 48502
(810) 238-4675
ecf@flint13.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - FLINT

IN RE:

Randy S. Langford

Chapter 13
Case No. 25-31311
Judge Joel D. Applebaum

Debtor(s).

_____/

## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS FOR FAILURE REMIT PLAN PAYMENTS

**NOW COMES** the Chapter 13 Trustee, Melissa A. Caouette, and moves this Honorable Court for dismissal of the above-captioned matter and in support thereof states as follows:

1. This motion is brought pursuant to 11 U.S.C. §1307(c)(6).

2. The Debtor's failure to remit plan payments is a material default in the terms of the confirmed Chapter 13 plan for which dismissal of the case is appropriate.

3. The Chapter 13 Trustee sought concurrence of Debtor's counsel as to the relief requested but as of the date of this motion, such concurrence was not obtained.

**WHEREFORE**, the Chapter 13 Trustee requests this Court dismiss this case and grant such other relief as this Court deems equitable and just.

Date: August 7, 2026

/s/ Melissa A. Caouette
Melissa A. Caouette (P62729)
Standing Chapter 13 Trustee
400 N. Saginaw Street, Ste 331
Flint, MI 48502
(810) 238-4675
ecf@flint13.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - FLINT

**IN RE:**

Randy S. Langford

Chapter 13
Case No. 25-31311
Judge Joel D. Applebaum

Debtor(s).

_____/

## ORDER DISMISSING CHAPTER 13 CASE

This matter having come to be heard upon the Chapter 13 Trustee's Motion to Dismiss for Failure to Remit Plan Payments filed pursuant to E.D. Mich. L.B.R. 9014-1, notice having been given and an opportunity for hearing provided, and based upon the records herein, the dismissal of the case is warranted for failure to make payments and the Court being otherwise fully sufficiently advised in the premises;

**IT IS HEREBY ORDERED** that the Chapter 13 case herein is dismissed.

**IT IS FURTHER ORDERED** that the Clerk's Office shall immediately provide notice of the entry of this Order to all interested parties, the Debtor's and the attorney for the Debtor's, if any and the Trustee.

**IT IS FURTHER ORDERED** that Melissa Caouette, Trustee, is discharged as Trustee and the Trustee and her surety are released from any and all liability on account of the within proceedings.

Exhibit 1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - FLINT

**IN RE:**

    Randy S. Langford

    Debtor(s).

_____/

Chapter 13
Case No. 25-31311
Judge Joel D. Applebaum

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 7, 2026, I electronically filed the Notice of Chapter 13 Trustee's Motion to Dismiss for Failure to Remit Plan Payments, Chapter 13 Trustee's Motion to Dismiss for Failure to Remit Plan Payments, Proposed Order Dismissing Chapter 13 Case and Certificate of Service with the Clerk of the Court using ECF system; which will send notification to the following:

Bankruptcy Law Offices, Attorney for Debtor at geolaw85@aol.com

The following parties were served via First Class Mail at the address below by depositing same in a United States Postal Box with the lawful amount of posting affixed thereto:

Randy S. Langford, 770 1st Street, Fenton, MI 48430

/s/ Sherry Beasinger
Sherry Beasinger
Office of the Chapter 13 Trustee
400 N. Saginaw St., Ste 331
Flint MI 48502
(810) 238-4675
ecf@flint13.com
