IN RE

RANDY LANGFORD

DEBTOR(S)

_____/

CHAPTER 13
CASE NO.: 25-31311
HON. JOEL D. APPLEBAUM

## DEBTOR'S RESPONSE TO MOTION TO DISMISS

Now comes the Debtor, RANDY LANGFORD, by and through his Attorney Leo J. Foley Jr and in response to the motion to dismiss:

1. The Chapter 13 Trustee has filed a motion to dismiss for shortfall in payments.

2. The Debtor has fallen behind on payments.

3. The Debtor intends to file a plan modification to restore feasibility to the case.

4. Wherefore, the Debtor prays that the motion be denied and that this court grant such other relief to the Debtor that is fair and equitable.

Dated: August 7, 2026

/s/ Leo J. Foley Jr
Leo J. Foley Jr
Bankruptcy Law Office
2425 S. Linden Rd. Ste. C
Flint, MI 48532
810-720-4333
leo@bklawoffice.com

IN RE

RANDY LANGFORD

CHAPTER 13
CASE NO.: 25-31311

DEBTOR(S)

HON. JOEL D. APPLEBAUM

_____/

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2026, I served a copy of the Debtor's response to the motion to dismiss by electronic means through the Court's Case Management System and Electronic Case Filing System (CM/ECF)

Melissa Caouette
Chapter 13 Trustee
400 N. Saginaw Street, Suite 331
Flint, MI 48502
ecf@flint13.com

/s/ Leo J. Foley Jr
Leo J. Foley Jr
Bankruptcy Law Office
2425 S. Linden Rd. Ste. C
Flint, MI 48532
810-720-4333
leo@bklawoffice.com