# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
226 West Second Street
Flint, MI 48502

Case No.: 25−31311−jda
Chapter: 13
Judge: Joel D. Applebaum

In Re: (NAME OF DEBTOR(S))
   Randy S Langford
   770 1st Street
   Fenton, MI 48430

Social Security No.:
   xxx−xx−0790

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*78* − Motion to Dismiss Case for Failure to Make Plan Payments Filed by Trustee Melissa A Caouette (Caouette, Melissa)

will be held on: 9/15/26 at 09:00 AM at U.S. Bankruptcy Court Courtroom, 226 West Second St., Flint, MI 48502

NOTE: effective beginning March 16, 2020, Judge Applebaum is conducting all conferences and non evidentiary hearings by telephone. At least five minutes before the scheduled time for such a hearing, counsel and parties should call (202) 503−1666 and use conference ID 969 654 90#. Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating. Under no circumstance is a party or their counsel to place their phone on hold. (This procedure does not apply to Chapter 13 status conferences with the Chapter 13 Trustee. See any applicable notices by the Chapter 13 Trustee for information about status conferences.)

Dated: 8/10/26

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court

In re:                                                                                    Case No. 25-31311-jda

Randy S Langford                                                              Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0645-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 10, 2026 | Form ID: nthrgBK | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2026:**

**Recip ID                  Recipient Name and Address**
db                +  Randy S Langford, 770 1st Street, Fenton, MI 48430-4101

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2026                      Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2026 at the address(es) listed below:**

**Name                    Email Address**

Leo Foley, Jr.
                    on behalf of Debtor Randy S Langford leo@bklawoffice.com  foleylee@gmail.com

Lisa K. Mullen
                    on behalf of Creditor Lakeview Loan Servicing  LLC EasternECF@Trottlaw.com

Melissa A Caouette
                    ecf@flint13.com

Robert J. Shefferly
                    on behalf of Creditor Lakeview Loan Servicing  LLC Easternecf@trottlaw.com, mitrottlaw@ecf.courtdrive.com

TOTAL: 4