In re:                                          Case No. 25-31311-jda

Randy S. Langford                               Chapter 13

                        Debtor.                 Hon. Joel D. Applebaum

_____/

### STIPULATION FOR ENTRY OF ORDER ADJOURNING HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FED.R.BANKR.P. 4001(A)(4)

NOW COMES, Lakeview Loan Servicing, LLC, by and through its attorneys Trott Law, P.C., along with Debtor Attorney, Leo Foley Jr. , and the parties hereby stipulate and agree to adjourn the hearing on MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF Fed.R.Bankr.P. 4001(a)(4), scheduled for August 19, 2026 at 9:30 a.m.

IT IS HEREBY STIPULATED that the hearing on MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF Fed.R.Bankr.P. 4001(a)(4), will be brought before the Honorable Joel D. Applebaum in his Courtroom located at 226 West Second St., Flint, MI 48502, on September 2, 2026 at 9:30 a.m.

/s/ Leo Foley Jr.                               /s/ Robert J. Shefferly

Leo Foley Jr.  (P76060)                         Robert J. Shefferly  (P67477)

Attorney for Debtor                             Attorney for Lakeview Loan Servicing, LLC

George Jacobs and Associates                    31440 Northwestern Hwy., Ste. 145

2425 S. Linden Road Suite C                     Farmington Hills, MI 48334-5422

Flint, MI 48532                                 Phone: 248.642.2515

(810) 720-4333                                  Email: EasternECF@trottlaw.com

leo@bklawoffice.com

TROTT LAW, P.C.
31440 NORTHWESTERN HWY.,
STE. 145
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN (Flint)**

In re:                                                     Case No. 25-31311-jda
Randy S. Langford                                  Chapter 13
                            Debtor.                   Hon. Joel D. Applebaum
_____/

**ORDER ADJOURNING HEARING ON MOTION FOR RELIEF FROM THE
AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF
FED.R.BANKR.P. 4001(A)(4)**

NOW COMES, Lakeview Loan Servicing, LLC, by and through its attorneys Trott Law,

P.C., along with Debtor Attorney, Leo Foley Jr. , and the parties hereby stipulate and agree to

adjourn the hearing on MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND

ENTRY OF ORDER WAIVING THE PROVISION OF Fed.R.Bankr.P. 4001(a)(4), scheduled

for August 19, 2026 at 9:30 a.m.

IT IS HEREBY ORDERED that the hearing on MOTION FOR RELIEF FROM THE

AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF

Fed.R.Bankr.P. 4001(a)(4), will be brought before the Honorable Joel D. Applebaum in his

Courtroom located at 226 West Second St., Flint, MI 48502, on September 2, 2026 at 9:30 a.m.