# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN (Flint)

In re:  
Randy S. Langford  
          Debtor.  
_____/

Case No. 25-31311-jda  
Chapter 13  
Hon. Joel D. Applebaum

## ORDER ADJOURNING HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FED.R.BANKR.P. 4001(A)(4)

NOW COMES, Lakeview Loan Servicing, LLC, by and through its attorneys Trott Law, P.C., along with Debtor Attorney, Leo Foley Jr. , and the parties hereby stipulate and agree to adjourn the hearing on MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF Fed.R.Bankr.P. 4001(a)(4), scheduled for August 19, 2026 at 9:30 a.m.

IT IS HEREBY ORDERED that the hearing on MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF Fed.R.Bankr.P. 4001(a)(4), will be brought before the Honorable Joel D. Applebaum in his Courtroom located at 226 West Second St., Flint, MI 48502, on September 2, 2026 at 9:30 a.m.

**Signed on August 14, 2026**



/s/ Joel D. Applebaum  
_____  
**Joel D. Applebaum**  
**United States Bankruptcy Judge**