**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN (Flint)**

| | |
|---|---|
| In re:<br>Randy S. Langford<br>Debtor.<br>_______________________________/ | Case No. 25-31311-jda<br>Chapter 13<br>Hon. Joel D. Applebaum |

## STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND MODIFYING THE AUTOMATIC STAY

Creditor, Lakeview Loan Servicing, LLC (the "Creditor"), by and through its attorneys, Trott Law, P.C., with respect to its interest in the real property located at 770 1st St, Fenton, MI 48430-4101, having filed a Motion for Relief from the Automatic Stay (the "Motion", ECF No. 70), and the Debtor(s), Randy S. Langford, by and through their attorney, Leo Foley Jr., having filed a Response to the Motion (the "Response"; ECF No. 72), Creditor, through its counsel Trott Law, P.C., and the Debtor, Randy S. Langford, by and through their attorney, Leo Foley Jr. , and the Chapter 13 Trustee, Melissa A. Caouette, have agreed to resolve the Motion;

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Debtor must be 100% current on the post-petition mortgage payments by plan expiration.

2. Effective September 2, 2026, in the event the Debtor(s) fails to remit payments as required to the Chapter 13 Trustee, including any attorney fees as noted below, Creditor may serve on Debtor(s), Debtor's counsel, and the Chapter 13 Trustee, a Notice of Default; and in the event the default is not cured within 30 days from the date of service, along with all subsequently required payments maintained, Creditor may submit to the court for entry an order terminating the automatic stay, as applicable, no further notice, hearing, or motion being required.

3. That attorney fees and costs for the Motion are recoverable pursuant to Fed.R.Bankr.P. 3002.1 to be paid through the Chapter 13 Trustee, upon Creditor's filing of a post-petition fee notice.

4. Debtors are limited to two opportunities to cure. Should a third default occur, the stay shall terminate upon the filing of a Notice and Order. Creditor's fees and costs associated with

TROTT LAW, P.C.
31440 NORTHWESTERN HIGHWAY, SUITE 145
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

any defaults are recoverable and may be included in the amount to cure. Pursuant to the mortgage contract, Creditor may file a supplemental / amended claim to recoup any advances.

5. Any Order terminating the automatic stay entered pursuant to this resolution shall be effective immediately notwithstanding the provisions of Fed.R.Bankr.P. 4001(a)(4), the provisions of FRBP 3002.1 shall be terminated, and the order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code. In the event Creditor deems the property is physically abandoned by the debtor(s)/homeowner(s), or by consent of the debtor(s) / homeowner(s), Creditor may also seek to shorten the Michigan post foreclosure statutory redemption period. If the Bankruptcy case is dismissed, discharged, or converted the Agreed Order becomes null/void.

6. Any Order terminating the automatic stay entered pursuant to this resolution shall allow Movant, at its option, to offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement, deed in lieu of foreclosure/short sale or other loss mitigation solution. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement.

Stipulated and agreed:

/s/ Leo Foley Jr.
Leo Foley Jr. (P76060)
George Jacobs and Associates
2425 S. Linden Road Suite C
Flint, MI 48532
Phone: 810-720-4333
Email: Leo@bklawoffice.com

/s/ Robert J. Shefferly
Robert J. Shefferly (P67477)
Attorney for Lakeview Loan Servicing, LLC
31440 Northwestern Hwy., Ste. 145
Farmington Hills, MI 48334-5422
Phone: 248.642.2515
Email: EasternECF@trottlaw.com

/s/ Melissa A. Caouette
Melissa A. Caouette (P62729)
Chapter 13 Trustee
400 N. Saginaw St. Suite 331
Flint, MI 48502
Phone: 810-238-4675

**TROTT LAW, P.C.**
31440 NORTHWESTERN HIGHWAY, SUITE 145
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN (Flint)**

| | |
|---|---|
| In re:<br>Randy S. Langford<br>Debtor.<br>_______________________________/ | Case No. 25-31311-jda<br>Chapter 13<br>Hon. Joel D. Applebaum |

**ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND MODIFYING THE AUTOMATIC STAY**

Creditor, Lakeview Loan Servicing, LLC (the "Creditor"), by and through its attorneys, Trott Law, P.C., the Debtor(s), Randy S. Langford, by and through their attorney, Leo Foley Jr. , and the Chapter 13 Trustee, Melissa A. Caouette, having filed with the Court a STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND MODIFYING THE AUTOMATIC STAY (Docket # ____), with respect to the Creditor's Motion for Relief from the Automatic Stay (the "Motion", ECF No. 70) and the real property located at 770 1st St, Fenton, MI 48430-4101, and the Court finding good cause to enter this Order;

IT IS HEREBY ORDERED AS FOLLOWS:

1. Debtor must be 100% current on the post-petition mortgage payments by plan expiration.

2. Effective September 2, 2026, in the event the Debtor(s) fails to remit payments as required to the Chapter 13 Trustee, including any attorney fees as noted below, Creditor may serve on Debtor(s), Debtor's counsel, and the Chapter 13 Trustee, a Notice of Default; and in the event the default is not cured within 30 days from the date of service, along with all subsequently required payments maintained, Creditor may submit to the court for entry an order terminating the automatic stay, as applicable, no further notice, hearing, or motion being required.

3. That attorney fees and costs for the Motion are recoverable pursuant to Fed.R.Bankr.P. 3002.1 to be paid through the Chapter 13 Trustee, upon Creditor's filing of

a post-petition fee notice.

4. Debtors are limited to two opportunities to cure. Should a third default occur, the stay shall terminate upon the filing of a Notice and Order. Creditor's fees and costs associated with any defaults are recoverable and may be included in the amount to cure. Pursuant to the mortgage contract, Creditor may file a supplemental / amended claim to recoup any advances.

5. Any Order terminating the automatic stay entered pursuant to this Order shall be effective immediately notwithstanding the provisions of Fed.R.Bankr.P. 4001(a)(4), the provisions of FRBP 3002.1 shall be terminated, and the order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code. In the event Creditor deems the property is physically abandoned by the debtor(s)/homeowner(s), or by consent of the debtor(s) / homeowner(s), Creditor may also seek to shorten the Michigan post foreclosure statutory redemption period. If the Bankruptcy case is dismissed, discharged, or converted the Agreed Order becomes null/void.

6. Any Order terminating the automatic stay entered pursuant to this Order shall allow Movant, at its option, to offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement, deed in lieu of foreclosure/short sale or other loss mitigation solution. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement