**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN (Flint)**

In re:
Randy S. Langford
Debtor.
_________________________________/

Case No. 25-31311-jda
Chapter 13
Hon. Joel D. Applebaum

**CERTIFICATE OF SERVICE**

The undersigned states that on September 1, 2026 copies of Lakeview Loan Servicing, LLC's ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND MODIFYING THE AUTOMATIC STAY were served electronically to:

Leo Foley Jr.

Melissa A. Caouette

On the same date the following parties were served by deposit in the U.S. Mail:

Randy S. Langford
770 1st St
Fenton, MI 48430-4101

U.S. Department of Housing and Urban Development
77 W Jackson Blvd
Chicago, IL 60604-3511

U.S. Attorney Attn: Civil Division
210 Federal Building 600 Church St Building
Flint, MI 48502-1200

Chief Counsel Dept. of Housing & Urban Development
477 Michigan Ave Rm 1725
Detroit, MI 48226-2523

Spouse of Randy S. Langford
770 1st St
Fenton, MI 48430-4101

**TROTT LAW, P.C.**
31440 NORTHWESTERN HWY.,
STE. 145
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

/s/Jacqueline Lewis
Legal Assistant
Trott Law, P.C.
Attorney for Lakeview Loan Servicing, LLC
31440 Northwestern Hwy., Ste. 145
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com