**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

**IN RE:**
**Randy S Langford**

**CHAPTER 13**
**CASE NO: 25-31311**
**JUDGE JOEL D. APPLEBAUM**

**Debtor(s)**
______________________________________/

## ORDER ADJOURNING THE CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

**IT IS HEREBY ORDERED** the above-referenced matter is adjourned from September 15, 2026 to November 10, 2026 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the Debtor shall file a plan modification and amended schedules I and J on or before October 1, 2026.

**IT IS FURTHER ORDERED** that the Debtor shall remit plan payments of $1,926.92 which shall post to the Trustee's records on or before September 30, 2026 (not including the plan payment of $578.08 that posted on September 2, 2026), and shall remit plan payments of $2,505.00 which shall post to the Trustee's records on or before October 31, 2026.

**IT IS FURTHER ORDERED** that on or before October 1, 2026, the Debtor shall provide to the Trustee:

**(a)** redacted bank statements on which the Debtor's name appears individually or jointly from March 1, 2026 to August 31, 2026;

**(b)** a complete signed and dated copy of the income tax return for the year 2025; and

**(c)** three (3) recent paystubs.

**IT IS FURTHER ORDERED** that if any of the conditions indicated above are not satisfied then the Trustee may file an Affidavit of Default along with an Order Dismissing the Chapter 13 Case with no further notice or hearing.

**IT IS FURTHER ORDERED** that the Debtors' Counsel shall serve a copy of the entered order on the Debtors and any interested parties as applicable within 7 days.

**Signed on September 14, 2026**

**/s/ Joel D. Applebaum**

**Joel D. Applebaum**
**United States Bankruptcy Judge**