**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

| | |
|---|---|
| **IN RE: Randy S. Langford** | **CHAPTER 13** |
| | **CASE NO: 25-31311** |
| | **JUDGE JOEL D. APPLEBAUM** |
| **Debtor(s)** | |

______________________________________/

## PROPOSED POST-CONFIRMATION PLAN MODIFICATION

**NOW COMES** Randy S. Langford Debtor(s) herein, by and through his attorney, Leo J. Foley Jr and propose a post-confirmation plan modifications for the following reasons:

1) Post confirmation the Debtor lost his job. He has now returned to employment and restarted payments to the Trustee.
2) The Debtor fell behind on payment to the Trustee while he was unemployed.
3) He does not have sufficient funds to catch up.
4) The Debtor has prepared amended schedules I and J.
5) The Debtor has entered into an amended payment order with his new employer.
6) The Debtor requests the following modifications to his plan:
   - To excuse all plan payment delinquencies
   - Increase plan payments to restore feasibility to the case.

7) The modification of Debtor’s plan shall impact creditors, receiving payment through the Chapter 13 Trustee, as follows:

   a. Class 1 Trustee Fees shall continue to be paid in accordance to the Confirmed plan.

   b. Class 2 Administrative claims shall continue to be paid in accordance to the Confirmed plan.

   c. Class 3 claims shall continue to be paid in accordance to the Confirmed plan.

   d. Class 4 claims shall continue to be paid in accordance to the Confirmed plan.

   e. Class 5 claims shall continue to be paid in accordance to the Confirmed plan.

   f. Class 6 claims shall continue to be paid in accordance to the Confirmed plan.

   g. Class 7 claims shall continue to be paid in accordance to the Confirmed plan.

   h. Debtors’ Plan does not have any Class 8 separately classified unsecured claims.

   i. Class 9 General Unsecured claims shall receive 100% of their properly filed claims but the payments will be delayed.

In all other respects, the Plan and Order Confirming Plan as last modified remain in full force and effect.

Date: September 30, 2026

BANKRUPTCY LAW OFFICES

/s/ Leo J. Foley Jr
Leo J. Foley Jr (P76060)
2425 S. Linden Rd., Ste. C
Flint, MI 48532
(810) 720-4333
leo@bklawoffice.com

## ATTACHMENT 1

**LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY:**

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| **PERSONAL RESIDENCE: 5770 1st Street** | 281200 | 185357.49 | 95842.51 | 46125 | 49717.51 |
| **REAL ESTATE OTHER THAN PERSONAL RESIDENCE –** | 0 | 0 | 0 | 0 | 0 |
| **HHG/PERSONAL EFFECTS** | 2601 | 0 | 2601 | 2601 | 0 |
| **Jewelry** | 200 | 0 | 200 | 200 | 0 |
| **CASH/BANK ACCOUNTS** | 0 | 0 | 0 | 0 | 0 |
| **2007 Range Rover** | 500 | 534 | 0 | 0 | 0 |
| **2008 Cadillac** | 500 | 325 | 175 | 0 | 0 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Amount available upon liquidation.......................................................................... $ $49,717.51

Less costs of liquidation and administrative expenses.............................................. $ $36,000.00

Priority Debt ............................................................................................................ $ $0

Amount Available in Chapter 7 ................................................................................ $ $13,717.51

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

**IN RE: Randy S. Langford**

**Debtor(s)**
______________________________________/

**CHAPTER 13**
**CASE NO: 25-31311**
**JUDGE JOEL D. APPLEBAUM**

Notice of Deadline to Object to Proposed Chapter 13 Plan Modification

The deadline to file an objection to the attached proposed chapter 13 plan modification is 21 days after service.

If no timely responses are filed to a proposed post-confirmation plan modification, the proponent may file a certificate of no response and request entry of an order approving the plan modification.

If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

Objections to the attached proposed chapter 13 plan modification shall be served on the following:

Leo J. Foley Jr,
2425 S. Linden Road Ste C,
Flint, MI 48532

Chapter 13 Trustee
400 N. Saginaw St., Ste. 331
Flint MI 48502

Date: September 30, 2026

BANKRUPTCY LAW OFFICES

/s/ Leo J. Foley Jr
Leo J. Foley Jr (P76060)
2425 S. Linden Rd., Ste. C
Flint, MI 48532
(810) 720-4333
leo@bklawoffice.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

**IN RE: Randy S. Langford**

**Debtor(s)**
**______________________________________/**

**CHAPTER 13**
**CASE NO: 25-31311**
**JUDGE JOEL D. APPLEBAUM**

**ORDER GRANTING POST CONFIRMATION PLAN MODIFICATION**

Wherefore with no party in interest having objected and with this court being fully advised therefore:

IT IS HEREBY ORDERED that the Debtor(s) Notice of Post Confirmation Plan Modification is granted.

IT IS FURTHER ORDERED that all plan payment delinquencies shall be excused.

IT IS FURTHER ORDERED that the monthly payments shall be increased to 2560.00 monthly.

IT IS FURTHER ORDERED that in all other respects, the Plan and Order Confirming Plan as last modified remain in full force and effect.

EXHIBIT A

**ATTACHMENT 2**

CHAPTER 13 MODEL WORKSHEET
LOCAL BANKRUPTCY RULE 3015-1(B)(2) E.D.M

1. Proposed length of Plan: 60 months

2. Payments made prior to modification:
$17,519.11 (subtotal)

3. Payments post modification: 51 x 2560 = 130560

4. Lump sum payments

5. Total to be paid into Plan (total of lines 2 through 4) $148,079.11

6. Estimated disbursements other than to Class 9 General Unsecured Creditors

| | |
|---|---|
| a. Estimated Trustee Fees | $12000 |
| b. Attorney Fees and costs prior to current modification | $3500 |
| c. Estimated Attorney Fees and costs post-current modification cation through duration of Plan | $2500 |
| d. Total non-continuing secured debt payments (including interest) | $ 0 |
| e. Total mortgage and other continuing secured debt payments | 96000 |
| f. post pet mtg fees | $1600 |
| g. priority claims | $ 0 |
| h. Total arrearage claims and post pet fees | $11,315.40 |

7. Total disbursements other than to ~~Class 9 General~~ Unsecured Creditors (Total of lines 6.a through 6.h) $ $126915.40

8. Funds *estimated* to be available for ~~Class 9 General~~ Unsecured Creditors (Line 5 minus Line 7) $ $21,163.71

Estimated dividend to ~~Class 9 General~~ Unsecured Creditors in Chapter 7 proceeding (see Liquidation Analysis on page 6) $ $13,717.51

COMMENTS: none at this time

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

**IN RE: Randy S. Langford**

**Debtor(s)**
**_______________________________________/**

**CHAPTER 13**
**CASE NO: 25-31311**
**JUDGE JOEL D. APPLEBAUM**

## CERTIFICATE OF SERVICE

THE UNDERSIGNED, being first duly sworn, deposes and says that he is employed at the law firm of Bankruptcy Law Office, and on the 30th day of September 2026, he served upon:

see attached court matrix

a copy of the Notice of Deadline to Object to Proposed Chapter 13 Plan Modification, Proposed Post-Confirmation Plan Modification, proposed Order Granting Post confirmation Plan Modification and proof of service by placing same in an envelope addressed to the said addressee and by depositing said envelope in the United States Mail in a mail receptacle in Flint, Michigan, with first-class postage fully paid thereon.

/s/ *Leo J. Foley Jr*
Leo J. Foley Jr
Bankruptcy Law Office
2425 S. Linden Rd. Ste. C
Flint, MI 48532
810-720-4333
leo@bklawoffice.com