Label Matrix for local noticing
0645-4
Case 25-31311-jda
Eastern District of Michigan
Flint
Mon Aug 11 12:20:31 EDT 2025

America Info Source, LP
P.O. Box 248848
Oklahoma City, OK 73124-8848

Attorney General
Law Building
525 Ottawa
Lansing, MI 48913-0001

Bank of Missouri
2700 S LORRAINE PLACE
Sioux Falls, SD 57106-3657

Becket & Lee LLP
P.O. Box 3001
Attn: Bankruptcy Dept.
Malvern, PA 19355-0701

Capital One
Po Box 31293
Salt Lake City, UT 84131-0293

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Chiropractic Federal Credit Union
23617 Libert
Farmington, MI 48335-3530

Credit Management
4200 International
Carrollton, TX 75007-1912

Dort Financial Credit Union
Attn: Bankruptcy
Po Box 1635
Flint, MI 48501-1635

ELGA Credit Union
Attn: Bankruptcy
6065 Grand Pointe Blvd
Grand Blanc, MI 48439-5500

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

IC System
PO Box 64437
Saint Paul, MN 55164-0437

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

John Hicks
412 S Saginaw St Fl 1
Flint, MI 48502-1805

Kelly Scola
24525 Harper Ave Ste 2
Saint Clair Shores, MI 48080-1286

Kohl's
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201-3043

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lakeview Loan Servicing, LLC
Attention: Bankruptcy Dept.
P.O. Box 619096
Dallas, TX 75261-9096

Leo Foley
Bankruptcy Law Offices
2425 S. Linden Rd.
Ste. C
Flint, MI 48532-5474

MMCC
6324 Taylor Dr.
Flint, MI 48507-4680

MMMI Phys
P.O. Box 77000
Dept. 77312
Detroit, MI 48277-2000

NCB Management Services
P.O. Box 1099
Langhorne, PA 19047-6099

Nationstar/mr Cooper
350 Highland
Houston, TX 77009-6623

Oral & Maxillofacial Surgery
5417 Gateway Centre Blvd.
Flint, MI 48507

PRA Receivables Management, LLC
As Agent of Portfolio Recovery Assoc.
P.O. Box 12914
Norfolk, VA 23541-0914

PRESTIGE FINANCIAL SERVICES
BANKRUPTCY DEPARTMENT
PO BOX 26707
SALT LAKE CITY, UT 84126-0707

Pinnacle Financial
7825 Washington Ave. S. Ste. 410
Minneapolis, MN 55439-2409

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Prestige Financial Svc
Attn: Bankruptcy
351 W Opportunity Way
Draper, UT 84020-1399

Quantum3 Group
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
MOMA Trust LLC
PO Box 788
Kirkland, WA 98083-0788

RK family Dental
111 S WALNUT ST
Fenton, MI 48430-2150

Resurgent Capital
P.O. Box 5020
Sioux Falls, SD 57117-5020

Resurgent Capital Service
Po Box 1410
Troy, MI 48099-1410

TD Bank USA, N.A.
C/O Weinstein & Riley, PS
749 GATEWAY, SUITE G-601
ABILENE, TX 79602-1196

U.S. Attorney
Attn: Civil Division
210 Federal Building
600 Church Street
Flint, MI 48502-1200

(p)US DEPARTMENT OF HOUSING AND URBAN DEVELOP
477 MICHIGAN AVE #1600
DETROT MI 48226-2564

U.S. Trustee
211 West Fort Street
Ste. 700
Detroit, MI 48226-3263

US Department of Education
PO Box 105028
Atlanta, GA 30348-5028

Leo Foley Jr.
2425 S. Linden Road
Suite C
Flint, MI 48532-5474

Melissa A Caouette
Chapter 13 Trustees Office Flint
400 N. Saginaw Ste.
Suite 331
Flint, MI 48502-2045

Randy S Langford
770 1st Street
Fenton, MI 48430-4101

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS-Special Procedures
P.O.BOX 330500
Stop 15
Detroit, MI 48232

Jefferson Capital Systems
PO Box 7999
Saint Cloud, MN 56302-9617

(d)Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

U.S. Department of Housing and Urban Develop
77 West Jackson Boulevard
Chicago, IL 60604

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Lakeview Loan Servicing, LLC

(d)Dort Financial Credit Union
Attn: Bankruptcy
Po Box 1635
Flint, MI 48501-1635

End of Label Matrix
Mailable recipients 43
Bypassed recipients 2
Total 45