**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - FLINT**

**IN RE:**

Randy S Langford

Debtor.
______________________________/

Chapter 13
Case No. 25-31311
Hon. Joel D. Applebaum

## TRUSTEE'S OBJECTIONS TO PROPOSED POST-CONFIRMATION PLAN MODIFICATION

**NOW COMES** the Chapter 13 Standing Trustee, Melissa A Caouette, and brings her objections to the Proposed Post-Confirmation Plan Modification in support thereof states as follows:

1. The proposed Plan Modification seeks to:
   (a) Excuse the plan payment delinquency because the Debtor lost a job;
   (b) Increase the plan payment from $2,505.00 per month to $2,560.00 per month to restore feasibility.
2. The Plan Modification does not meet the requirements of 11 U.S.C. §1329(b)(1) §1327, and §1325(a).
3. The Trustee has a pending Motion to Dismiss for the Debtor's failure to make plan payments.
4. As of the date of this Objection, the Debtor's plan payment history is 55% and the plan payment delinquency is $15,313.79.
5. The Debtor's Chapter 13 Plan was confirmed on 12/3/2025.
6. The Order Confirming Plan [Doc. 65] orders that the general unsecured creditors shall receive 100% plus 8% interest distribution pursuant to 11 U.S.C. §1325(a)(4).

7. The proposed Plan Modification is unfeasible as it will not pay 100% plus 8% interest to the general unsecured claims within 60 months. The Trustee calculates that the plan payment must be no less than $2,776.62 per month to pay 100% plus 8% interest to the Class nine unsecured creditors in 60 months. This amount also includes the estimate for attorney fees of $2,500 pursuant to the worksheet attached to the plan modification.

**WHEREFORE**, the Chapter 13 Standing Trustee requests that this Honorable Court deny the plan modification, and/or grant any further and other relief as this Court deems equitable and just.

Dated: October 21, 2026

/s/ Melissa A. Caouette
Melissa A. Caouette (P62729)
Chapter 13 Standing Trustee
400 N. Saginaw St. 331
Flint, MI 48502
(810) 238-4675
ecf@flint13.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - FLINT**

**IN RE:**

| | |
|---|---|
| Randy S Langford | Chapter 13<br>Case No. 25-31311<br>Hon. Joel D. Applebaum |

Debtor.
______________________________/

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2026, I electronically filed the Chapter 13 Trustee's Objection to the Proposed Post-Confirmation Plan Modification with the Clerk of the Court using ECF system; which will send notification to the following:

Leo Foley, Jr.
2425 S. Linden Road
Suite C
Flint, MI 48532
Email: leo@bklawoffice.com

The following parties were served via First Class Mail at the address below by depositing same in a United States Postal Box with the lawful amount of posting affixed thereto:

Randy S Langford
770 1st Street
Fenton, MI 48430

/s/ Tracee DeNicolo
Tracee DeNicolo
Office Chapter 13 Standing Trustee
400 N. Saginaw St. 331
Flint, MI 48502

(810) 238-4675
ecf@flint13.com