UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE:

Randy Langford

Debtor

_________________________/

Chapter 13
Case No. 25-31311
Judge Joel D. Applebaum

**STIPULATION RESOLVING TRUSTEE'S OBJECTION TO THE DEBTOR'S NOTICE OF POST CONFIRMATION PLAN MODIFICATION**

The parties hereto agree to entry of the Order Resolving the Trustee's Objection to the Debtor's Notice of Post Confirmation Plan Modification; see attached proposed order.

/s/ Melissa A. Caouette
Melissa A. Caouette (P62729)
Chapter 13 Trustee
400 N. Saginaw St., Ste. 331
Flint, MI 48502
(810)238-4675
ecf@flint13.com

/s/ Leo J. Foley Jr
Leo J. Foley (P76060)
Attorney for Debtor
2425 S. Linden Rd. Ste C
Flint, MI 48532
(810) 720-4333
leo@bklawoffice.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

IN RE: | Chapter 13
Case No. 25-31311

Randy Langford | Judge Joel D. Applebaum

Debtor

**ORDER RESOLVING TRUSTEE'S OBJECTION TO THE DEBTOR'S NOTICE OF POST CONFIRMATION PLAN MODIFICATION**

IT IS HEREBY ORDERED that all missed payments shall be forgiven.

IT IS FURTHER ORDERED that the Debtor's plan payment shall be increased to $2,776.61 effective upon entry of this order.

IT IS FURTHER ORDERED that in all other respects, the Plan and Order Confirming Plan as last modified remain in full force and effect.