**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

IN RE:
Randy S. Langford

Debtor
_____________________________________/

CHAPTER 13
CASE NO: 25-31311
JUDGE: Joel D Applebaum

# ORDER RESOLVING THE CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

IT IS HEREBY ORDERED the Chapter 13 Trustee's Motion to Dismiss is resolved.

IT IS FURTHER ORDERED that in the event the Debtor fails to make any future Chapter 13 Plan payments, the Trustee may file a notice of default, served upon the debtor and the debtor's counsel permitting 30 days to cure any and all defaults. If the debtor fails to cure the defaults after notice, then the Trustee may submit an Order of Dismissal to the Bankruptcy Court with an affidavit attesting to the failure to cure the defaults. This may result in the DISMISSAL of this chapter 13 case WITHOUT further hearing or notice.

IT IS FURTHER ORDERED that Debtor's Counsel shall serve a copy of the entered order on the Debtor and any interested parties as applicable within 7 days.

**Signed on October 30, 2026**

**/s/ Joel D. Applebaum**

**Joel D. Applebaum**
**United States Bankruptcy Judge**