**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

| | |
|---|---|
| IN RE: | Chapter 13 |
| | Case No. 25-31311 |
| Randy Langford | Judge Joel D. Applebaum |

Debtor
_______________________/

**ORDER RESOLVING TRUSTEE'S OBJECTION TO THE DEBTOR'S NOTICE OF POST CONFIRMATION PLAN MODIFICATION**

IT IS HEREBY ORDERED that all missed payments shall be forgiven.

IT IS FURTHER ORDERED that the Debtor's plan payment shall be increased to $2,776.61 effective upon entry of this order.

IT IS FURTHER ORDERED that in all other respects, the Plan and Order Confirming Plan as last modified remain in full force and effect.

**Signed on October 30, 2026**

**/s/ Joel D. Applebaum**

**Joel D. Applebaum**
**United States Bankruptcy Judge**