**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - FLINT**

| | |
|---|---|
| **IN THE MATTER OF:** | CHAPTER 13 Proceeding |
| RANDY S LANGFORD | Case No. 25-31311-JDA<br>Judge Joel D. Applebaum |
| Debtor | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 03, 2026, I mailed by United States Postal Service the Payment Order to the following non-ECF participants:

Duro-Last

525 W. Morley Dr.

Attn: Payroll

Saginaw, MI 48601

/s/Tracee Denicolo
For the Office of the Chapter 13 Standing Trustee-Flint
400 N. Saginaw St. Ste 331
Flint, MI 48502
(810) 238-4675
ecf@flint13.com