**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN (Flint)**

| | |
|---|---|
| In re:<br>Randy S. Langford<br>Debtor.<br>_______________________________/ | Case No. 25-31311-jda<br>Chapter 13<br>Hon. Joel D. Applebaum |

## CERTIFICATE OF SERVICE

The undersigned states that on November 6, 2026 copies of Lakeview Loan Servicing, LLC's Notice of Postpetition Mortgage Fees, Expenses, and Charges were served electronically to:

Leo Foley Jr.

Melissa A. Caouette

On the same date the following parties were served by deposit in the U.S. Mail:

Randy S. Langford
770 1st St
Fenton, MI 48430-4101

/s/Jacqueline Lewis
Legal Assistant
Trott Law, P.C.
Attorney for Lakeview Loan Servicing, LLC
31440 Northwestern Hwy., Ste. 145
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

**TROTT LAW, P.C.**
31440 NORTHWESTERN HWY.,
STE. 145
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628