**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

In Re: Randy Langford

Chapter 13
Case No. 25-31311
Judge Applebaum

Debtor(s)
_____________________________________/

**STIPULATION FOR AMENDED PAYMENT ORDER**

It appearing that Debtor(s) has(ve) regular income and the Debtor(s) believes that her case will be more successful should an employer-based wage order be entered and the Court being advised in the premises and the parties having stipulated to the following:

**IT IS HEREBY STIPULATED** that ****Amrize Building Envelope LLC of 26 Century Blvd. Ste 205 Nashville, TN 37214***** shall forward to at the following address: Chapter 13 Trustee – Flint, P.O. Box 2175 Memphis, TN 38101-2175, $640.76 weekly from the future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor(s) income except for Order for child support, or alimony, current withholding taxes, union dues, and all other insurance premiums.

**IT IS FURTHER STIPULATED** that should Debtor(s) change employer(s) during the pendency of the instant bankruptcy case, then Debtor(s) shall present to the Trustee a Stipulation to Amend the Third-Party Witholding Order within fourteen (14) days of the change of employment.

*/s/ Melissa Caouette*
Melissa Caouette P62729
Chapter 13 Trustee
400 N. Saginaw St., Suite 331
Flint, MI 48502
(810) 238-4675
ecf@flint13.com

*/s/ Leo Foley Jr.*
Leo Foley Jr. P76060
Attorney for Debtor(s)
2425 S. Linden Rd., Suite C
Flint, MI 48532
(810) 720-4333
leo@bklawoffice.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

In Re: Randy Langford

Chapter 13
Case No. 25-31311
Judge Applebaum

Debtor(s)
_____________________________________/

**AMENDED PAYMENT ORDER**

It appearing that Debtor(s) has(ve) regular income and the Debtor(s) believes that her case will be more successful should an employer-based wage order be entered and the Court being advised in the premises and the parties having stipulated to the following:

**IT IS HEREBY ORDERED** that ****Amrize Building Envelope LLC of 26 Century Blvd. Ste 205 Nashville, TN 37214**** shall forward to at the following address: Chapter 13 Trustee – Flint, P.O. Box 2175 Memphis, TN 38101-2175, $640.76 weekly from the future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor(s) income except for Order for child support, or alimony, current withholding taxes, union dues, and all other insurance premiums.

**IT IS FURTHER ORDERED** that should Debtor(s) change employer(s) during the pendency of the instant bankruptcy case, then Debtor(s) shall present to the Trustee a Stipulation to Amend the Third-Party Witholding Order within fourteen (14) days of the change of employment.